UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| JEROME STOKES,<br><br>  Plaintiff,<br><br> v.<br><br>OFFICER T. ATKIN, OFFICER CAMERON MCCULLOUGH, and WASHINGTON COUNTY ATTORNEYS,<br><br>  Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 4:25-cv-00038-AMA-PK<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Paul Kohler |

On April 7, 2025, Plaintiff Jerome Stokes brought this action alleging Fourteenth Amendment and procedural due process violations under 42 U.S.C. § 1983 against various Washington County officials.[1] On that same day, Mr. Stokes asserted the same claims against the same defendants in a parallel case in this jurisdiction – all which appear to arise from the same facts as the instant action.[2]

On April 25, 2025, Magistrate Judge Paul Kohler entered a Report and Recommendation recommending the dismissal of Plaintiff's action with prejudice due to claim-splitting.[3] The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636

---

[1] Docket No. 4:25-cv-38, Complaint for Violation of Civil Rights, ECF No. 1.

[2] *Stokes v. Westfall*, Docket No. 4:25-cv-00039-DN-PK, ECF No. 1.

[3] Report and Recommendation, ECF No. 8.

1

and Federal Rule of Civil Procedure 72(b). No party has filed an objection to the Report and Recommendation.

THEREFORE, IT IS ORDERED that the analysis and conclusion of the Magistrate Judge are accepted, and the Report and Recommendation is adopted in its entirety. Plaintiff's action is DISMISSED WITH PREJUDICE.

SIGNED this 30th of May, 2025

BY THE COURT:

Hon. Ann Marie McIff Allen
United States District Judge